UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA

**MICHAEL D WILLIAMS**                             * CIVIL ACTION
                                                   *
**VERSUS**                                         * NO. 09-5464
                                                   *
**C&E BOAT RENTALS LLC, ET AL.**                   * SECTION "B"(2)

                                  ORDER

   Considering Defendant, C&E Boat Rentals LLC's *Daubert* Motion to Exclude Expert Medical Causation Evidence (Rec. Doc. No. 30),

   **IT IS ORDERED** that the motion be and is hereby **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** as to Dr. Dahlgren. Court ordered depositions of the chemical manufacturer establish that the chemical at issue is not the same chemical that forms the basis of this expert's opinion.  Uncontested here is definitive evidence that "Royal 8" did not contain "2-butoxyethanol" prior to 2009.  Plaintiffs exposure to "Royal 8" occurred in 2007.

   **IT IS FURTHER ORDERED** that the motion is **DENIED** as to Dr. Grossman.  His opinions essentially bear on treatment, with some explanation of potential causal relationships, without definitive conclusions.

   New Orleans, Louisiana, this 8TH day of April, 2011.


                                   _____
                                     UNITED STATES DISTRICT JUDGE